

1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile: (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Defendant
   FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

BRADLEY GOLDSTONE, an individual,

    Plaintiff,

vs.

FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC., DOES 1 through 10, inclusive,

    Defendants.

Case No. CV 08 1206

NOTICE OF REMOVAL OF ACTION COMMENCED IN STATE COURT
(28 U.S.C. §§1337 and 1441)

    This Notice of defendant FedEx Custom Critical Passport Auto Transport, Inc. ("FedEx") respectfully shows that:

    1.    On or about December 12, 2007, an action was commenced in the Superior Court of the State of California, County of Marin, entitled, "Bradley Goldstone, an individual, Plaintiff, v. FedEx Custom Critical Passport Auto Transport, Inc., Does 1 through 10, inclusive, Defendants," being Case No. CV 075796 in said Court.

///

///

2. On or about February 13, 2008, copies of the summons and complaint were first received by FedEx through personal service upon its agent for service of process in California. Copies of said summons and complaint and accompanying court documents, which constitute all process, pleadings and orders served upon FedEx in said action, are attached hereto and marked "Exhibit A".

3. In its complaint, plaintiff alleges, inter alia, that on or about November 7, 2006, FedEx transported plaintiff's car from Troy, Illinois to Marin County, California; that during such transportation, plaintiff's car suffered damages; and that, as a result thereof, plaintiff has been damaged in the sum of $74,999.00. The complaint is set forth in two causes of action, to wit, general negligence and common counts.

4. FedEx is now, and at all times mentioned in Case No. CV 075796 has been, engaged in the business of transporting property by motor vehicle in interstate commerce as a common carrier, pursuant to certificates issued to it by the Federal Motor Carrier Safety Administration, and subject to the jurisdiction of the Surface Transportation Board, generally and for plaintiff herein, within the meaning of 49 U.S.C. §13501.

5. This Court has original jurisdiction of the action pursuant to 28 U.S.C. §1337 in that plaintiff's claim against FedEx arises out of an Act of Congress regulating commerce, to wit, the Interstate Commerce Act, and raises a matter in controversy of over $10,000.00 for a single bill of lading. This action is controlled by the Carmack Amendment to the Interstate Commerce Act (49 U.S.C. §14706), which makes an interstate common carrier liable to a shipper for any loss, damage or injury to property shipped by it.

1  Accordingly, removal from said Superior Court to this Court is proper
2  pursuant to 28 U.S.C. §1441.
3
4  Dated: February 26, 2008                SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
5
6                                                  *KATHLEEN C. JEFFRIES*
                                           By: _____
7                                                Kathleen C. Jeffries
                                                 Attorneys for Defendant
8                                                FEDEX CUSTOM CRITICAL
                                                 PASSPORT AUTO TRANSPORT, INC.
9

3

EXHIBIT A

# SUMMONS
## (CITATION JUDICIAL)

2/13/08 → 3:05 SUM-100

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
FedEx Custom Critical Passport Auto Transport, Inc.,
Does 1 through 10 inclusive

**FILED**

DEC 12 2007

KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: J. Dale, Deputy

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Bradley Goldstone, an individual

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.

Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>Superior Court of the State of California<br>3501 Civic Center Drive<br>San Rafael, CA 94903 | **CASE NUMBER:**<br>*(Número del Caso):*<br>CV 075796 |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Arthur Chambers, SBN: 53282
Law Offices of Arthur Chambers
2095 Van Ness Avenue
San Francisco, CA 94109

DATE: DEC 12 2007    KIM TURNER    Clerk, by    **J. DALE**   , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of (specify): FedEx Custom Critical Passport Auto Transport, Inc.
3. ☒ on behalf of (specify):

   under: ☒ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
   ☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.40 (association or partnership)    ☐ CCP 416.90 (authorized person)
   ☐ other (specify):
4. ☐ by personal

Form Adopted for Mandatory Use
Judicial Council of California

Code of Civil Procedure §§ 412.20, 465

Page 1 of 1

Exhibit A
1 of 6
4

PLD-C-001

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Arthur Chambers, SBN: 53262
Law Offices of Arthur Chambers
2095 Van Ness Avenue
San Francisco, CA 94109
TELEPHONE NO:          FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name): Plaintiff Bradley Goldstone

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Marin
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: San Rafael, CA 94903
BRANCH NAME:

PLAINTIFF: Bradley Goldstone, an individual

DEFENDANT: FedEx Custom Critical Passport Auto Transport, Inc., Does 1 through 10 inclusive

[X] DOES 1 TO 10 ~~JD~~

**FOR COURT USE ONLY**

FILED
DEC 12 2007
KIM TURNER, Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: J. Dole, Deputy

**CONTRACT**
[X] COMPLAINT      [ ] AMENDED COMPLAINT (Number):
[ ] CROSS-COMPLAINT  [ ] AMENDED CROSS-COMPLAINT (Number):

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
  Amount demanded [ ] does not exceed $10,000
                  [ ] exceeds $10,000, but does not exceed $25,000
[X] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint or cross-complaint
    [ ] from limited to unlimited
    [ ] from unlimited to limited

CASE NUMBER:
CV 075796

1. Plaintiff* *(name or names):*

   alleges causes of action against defendant* *(name or names):*

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. a. Each plaintiff named above is a competent adult
      [ ] except plaintiff *(name):* Bradley Goldstone
         (1) [ ] a corporation qualified to do business in California
         (2) [ ] an unincorporated entity *(describe):*
         (3) [ ] other *(specify):*

   b. [ ] Plaintiff *(name):*
      a. [ ] has complied with the fictitious business name laws and is doing business under the fictitious name *(specify):*

      b. [ ] has complied with all licensing requirements as a licensed *(specify):*

   c. [ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3c.

4. a. Each defendant named above is a natural person
      [X] except defendant *(name):* FedExCustom Critical Passport Auto Transport, Inc
         (1) [X] a business organization, form unknown
         (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*
         (4) [ ] a public entity *(describe):*
         (5) [ ] other *(specify):*

      [ ] except defendant *(name):*
         (1) [ ] a business organization, form unknown
         (2) [ ] a corporation
         (3) [ ] an unincorporated entity *(describe):*
         (4) [ ] a public entity *(describe):*
         (5) [ ] other *(specify):*

\* If this form is used as a cross-com___, ___dant means cross-defendant.

Form Approved for Optional Use     Legal     Page 1 of 2
Code of Civil Procedure, § 425.12

Exhibit A
2 of 6
5

PLD-C-001

| SHORT TITLE: Goldstone v. Fed Exx | CASE NUMBER: |
|---|---|

4. *(Continued)*
   b. The true names of defendants sued as Does are unknown to plaintiff.
      (1) [x] Doe defendants *(specify Doe numbers):* 1 through 10 were the agents or employees of the named defendants and acted within the scope of that agency or employment.
      (2) [x] Doe defendants *(specify Doe numbers):* 1 through 10 are persons whose capacities are unknown to plaintiff.
   c. [ ] Information about additional defendants who are not natural persons is contained in Attachment 4c.
   d. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

5. [ ] Plaintiff is required to comply with a claims statute, and
   a. [ ] has complied with applicable claims statutes, or
   b. [ ] is excused from complying because *(specify):*

6. [x] This action is subject to  [ ] Civil Code section 1812.10   [ ] Civil Code section 2984.4.
7. This court is the proper court because
   a. [ ] a defendant entered into the contract here.
   b. [ ] a defendant lived here when the contract was entered into.
   c. [ ] a defendant lives here now.
   d. [x] the contract was to be performed here.
   e. [ ] a defendant is a corporation or unincorporated association and its principal place of business is here.
   f. [ ] real property that is the subject of this action is located here.
   g. [ ] other *(specify):*

8. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   [x] Breach of Contract
   [x] Common Counts
   [x] Other *(specify):* Neglience

9. [ ] Other allegations:

10. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
    a. [x] damages of: $ 74,999.00
    b. [x] interest on the damages
       (1) [x] according to proof
       (2) [ ] at the rate of *(specify):* 0.00 percent per year from *(date):*
    c. [ ] attorney's fees
       (1) [ ] of: $ 0.00
       (2) [ ] according to proof.
    d. [x] other *(specify):*
       Loss of use. Plaintiff hereby waives any recovery in excess of $75,000.00.

11. [ ] The paragraphs of this pleading alleged on information and belief are as follows *(specify paragraph numbers):*

Date:

Arthur Chambers, SBN: 53282
(TYPE OR PRINT NAME)            (SIGNATURE OF PLAINTIFF OR ATTORNEY)

Exhibit A
3 of 6
6

PLD-PI-001(2)

| SHORT TITLE: Goldstone v. Fed Ex | CASE NUMBER: |
|---|---|

_____First_____  CAUSE OF ACTION—General Negligence    Page _3_
   (number)

ATTACHMENT TO  [x] Complaint  [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Bradley Goldstone, an individual

alleges that defendant *(name):* FedEx Custom Criticfal Passport Auto Transport, Inc.

[x] Does _____ to _10_____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date):* November 7, 2006
at *(place):* Arizona, exact location unknown

*(description of reasons for liability):*
Defendant was carrying Plaintiff's 1953 Jaguar XK120, from Troy Illinois to Plaintiff's residence in Marin County, California. Plaintiff did not sign any documentation regarding that shipment. During the course of that shipment, the transporting vehicle sustained a fire, causing damage to Plaintiffs vehicle. Plaintiff is informed and believes, that the fire causing the damage was due to the negligence of the driver of the transport, who did not allow the brakes to cool before stopping the vehicle, and the heat from the brakes caused the fire.

Plaintiff's vehicle was substantially damaged in that fire, and as of this date has yet to be repaired, and Plaintiff has lost the use of the vehicle for the last year.

When the vehicle was delviered to Plaintiff, he was told that unless he signed a waiver of damages, they would not deliver the vehilce to him. He signed that under protest, and requests that this court rule that said signature and agreement are invalid.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

CAUSE OF ACTION—General Negligence

Legal Solutions

Code of Civil Procedure 425.12

Page 1 of 1

PLD-C-001(2)

| SHORT TITLE: Goldstone v. Fed Ex | CASE NUMBER: |
|---|---|

**Second** CAUSE OF ACTION—Common Counts
_(number)_

ATTACHMENT TO  [x] Complaint   [ ] Cross - Complaint

_(Use a separate cause of action form for each cause of action.)_

CC-1. Plaintiff (name): Bradley Goldstone, an individual

alleges that defendant (name): FedEx Custom Criticfal Passport Auto Transport, Inc.

became indebted to [x] plaintiff  [ ] other (name):

a. [ ] within the last four years
   (1) [ ] on an open book account for money due.
   (2) [ ] because an account was stated in writing by and between plaintiff and defendant in which it was agreed that defendant was indebted to plaintiff.

b. [x] within the last [ ] two years [ ] four years
   (1) [ ] for money had and received by defendant for the use and benefit of plaintiff.
   (2) [ ] for work, labor, services and materials rendered at the special instance and request of defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $ 0.00
       [ ] the reasonable value.
   (3) [x] for goods, wares, and merchandise sold and delivered to defendant and for which defendant promised to pay plaintiff
       [ ] the sum of $ 0.00
       [x] the reasonable value.
   (4) [ ] for money lent by plaintiff to defendant at defendant's request.
   (5) [ ] for money paid, laid out, and expended to or for defendant at defendant's special instance and request.
   (6) [x] other (specify): For damages to the vehicle that defendant was transporting to Plaintiff.

CC-2. $ 74,999.00 , which is the reasonable value, is due and unpaid despite plaintiff's demand, plus prejudgment interest [x] according to proof [ ] at the rate of 10% percent per year from (date): 11/07/06

CC-3. [ ] Plaintiff is entitled to attorney fees by an agreement or a statute
   [ ] of $ 0.00
   [ ] according to proof.

CC-4. [x] Other: Plaintiff wavies any damages or claim in excess of $74,999.00

Exhibit A
5 of 6
8

Page 1 of 1

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Arthur Chambers, SBN: 53282<br>Law Offices of Arthur Chambers<br>2095 Van Ness Avenue<br>San Francisco, CA 94109<br>TELEPHONE NO.:   FAX NO.:<br>ATTORNEY FOR (Name): Plaintiff Bradley Goldstone | FILED<br>MARIN COUNTY<br>SUPERIOR COURT<br>2007 DEC 12 A 11: 15 |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Marin
STREET ADDRESS: 3501 Civic Center Drive
MAILING ADDRESS:
CITY AND ZIP CODE: San Rafael, CA 94903
BRANCH NAME:

CASE NAME: Goldstone v. Fed Ex

| CIVIL CASE COVER SHEET<br>[X] Unlimited   [ ] Limited<br>(Amount            (Amount<br>demanded            demanded is<br>exceeds $25,000)   $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER: CV 075796<br>JUDGE: J.R. Ritchie<br>DEPT: E |
|---|---|---|

Items 1-5 below must be completed (see instructions on page 2).

1. Check one box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [X] Breach of contract/warranty (06)
- [ ] Collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400-3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [ ] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint (not specified above) (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition (not specified above) (43)

2. This case [ ] is [X] is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [ ] Large number of separately represented parties   d. [ ] Large number of witnesses
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve   e. [ ] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   c. [ ] Substantial amount of documentary evidence   f. [ ] Substantial postjudgment judicial supervision

3. Type of remedies sought (check all that apply):
   a. [X] monetary   b. [ ] nonmonetary; declaratory or injunctive relief   c. [ ] punitive

4. Number of causes of action (specify): Three

5. This case [ ] is [X] is not a class action suit.

6. If there are any known related cases, file and serve a notice of related case. (You may use form CM-015.)

Date: 12/3/2007

Arthur Chambers, SBN: 53282
(TYPE OR PRINT NAME)                              (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2007]

Legal
Solutions

Cal. Rules of Court, rules 3.220, 3.400-3.403;
Standards of Judicial Administration, § 19

Exhibit A
6 of 6
9

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, February 26, 2008, I served the foregoing document described as **NOTICE OF REMOVAL OF ACTION COMMENCED IN STATE COURT** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Mr. Arthur Chambers
> Law Offices of Arthur Chambers
> 2095 Van Ness Avenue
> San Francisco, California 94109

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 26, 2008, at Pasadena, California.

_____
Michelle Lazo



Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOLDSTONE, an individual<br><br>Plaintiff,<br><br>vs.<br><br>FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC., DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.<br><br>NOTICE TO COUNSEL OF REMOVAL OF ACTION (MCSC CASE NO. CV075796) |

TO ALL PARTIES TO THIS ACTION AND THEIR ATTORNEYS OF RECORD:

You are hereby notified that defendant FedEx Custom Critical Passport Auto Transport, Inc. has filed with the United States District Court for the Northern District of California a Notice of Removal to that Court of the action commenced by plaintiff Bradley Goldstone in the Superior Court of the State of California, Marin County, entitled, "Bradley Goldstone, an individual, Plaintiff, v. FedEx Custom Critical Passport Auto Transport, Inc., Does 1 through 10, inclusive, Defendants," being Case No. CV 075796 in said Court.

1

1 | A copy of said Notice of Removal is served upon you herewith.

2 | Pursuant to the provisions of Federal Rules of Civil Procedure rules 81(c) and 6(a), defendant FedEx Custom Critical Passport Auto Transport, Inc. will file its responsive pleading, a motion to dismiss or transfer, within five court days of the filing of the Notice of Removal.

Dated: February 26, 2008

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: *KATHLEEN C. JEFFRIES*
Kathleen C. Jeffries
Attorneys for Defendant
FEDEX CUSTOM CRITICAL
PASSPORT AUTO TRANSPORT, INC.

2

NOTICE TO COUNSEL OF REMOVAL OF ACTION (MCSC CASE NO. CV075796)

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, February 26, 2008, I served the foregoing document described as **NOTICE TO COUNSEL OF REMOVAL OF ACTION (MCSC CASE NO. CV075796)** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Mr. Arthur Chambers
> Law Offices of Arthur Chambers
> 2095 Van Ness Avenue
> San Francisco, California 94109

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 26, 2008, at Pasadena, California.

*Michelle Lazo* (signature)
Michelle Lazo

COPY

1  Kathleen C. Jeffries (State Bar #110362)
   SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2  2 North Lake Avenue, Suite 460
   Pasadena, California 91101
3  Telephone: (626) 795-4700
   Facsimile:  (626) 795-4790
4  kjeffries@scopelitis.com

5  Attorneys for Defendant
   FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 BRADLEY GOLDSTONE, an           ) Case No. CV 08 1206
   individual                      )
11                                 )
          Plaintiff,                ) CERTIFICATION OF INTERESTED
12                                 ) ENTITIES OR PONS
    vs.                             )
13                                 )
   FEDEX CUSTOM CRITICAL           )
14 PASSPORT AUTO TRANSPORT, INC., )
   DOES 1 through 10, inclusive,   )
15                                 )
          Defendants.               )
16 _____ )

17

18        Pursuant to Civil L.R. 3-16, the undersigned certifies that the

19 following listed persons, associations of persons, firms, partnerships,

20 corporations (including parent corporations) or other entities (i) have a

21 financial interest in the subject matter in controversy or in a party to the

22 proceeding, or (ii) have a non-financial interest in that subject matter or in a

23 party that could be substantially affected by the outcome of this proceeding:

24 ///

25 ///

26 ///

27                                 1

28
   _____
   CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

| Name | Connection and Interest |
|---|---|
| FedEx Custom Critical, Inc. | Defendant's parent company |
| Encompass Insurance, Inc. | Plaintiff's insurer (plaintiff in a separate action for same alleged damage) |

Dated: February 26, 2008

SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: *KATHLEEN C. JEFFRIES*
Kathleen C. Jeffries
Attorneys for Defendant
FEDEX CUSTOM CRITICAL
PASSPORT AUTO TRANSPORT, INC.

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

|   |   |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | **STATE OF CALIFORNIA, COUNTY OF LOS ANGELES** |

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On, February 26, 2008, I served the foregoing document described as **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Mr. Arthur Chambers
> Law Offices of Arthur Chambers
> 2095 Van Ness Avenue
> San Francisco, California 94109

√   **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√   I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_   **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on February 26, 2008, at Pasadena, California.

*[signature]*
Michelle Lazo