| | |
|---|---|
| 1 | Kathleen C. Jeffries (State Bar #110362) |
| 2 | SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP<br>2 North Lake Avenue, Suite 460 |
| 3 | Pasadena, California 91101<br>Telephone: (626) 795-4700 |
| 4 | Facsimile:  (626) 795-4790<br>kjeffries@scopelitis.com |
| 5 | Attorneys for Defendant |
| 6 | FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOLDSTONE, an individual, | Case No. CV08-1206 JSW |
| Plaintiff, | PROOF OF SERVICE BY MAIL |
| vs. | |
| FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC., DOES 1 through 10, inclusive, | |
| Defendants. | |

I, Michelle Lazo, am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action.  My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On March 6, 2008, I served the following documents described as:

1. ECF REGISTRATION INFORMATION HANDOUT;

2. NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION;

      3.    WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO; and

      4.    ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

>Mr. Arthur Chambers
>Law Offices of Arthur Chambers
>2095 Van Ness Avenue
>San Francisco, California 94109

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 6, 2008, at Pasadena, California.

                  /S/ Michelle Lazo
                  Michelle Lazo

2

PROOF OF SERVICE BY MAIL