Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile:  (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY GOLDSTONE, an individual<br><br>　　　　Plaintiff,<br><br>vs.<br><br><br>FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC., DOES 1 through 10, inclusive,<br><br>　　　　Defendants. | Case No. C08-01206 JSW<br><br>AMENDED NOTICE OF MOTION OF DEFENDANT FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC. TO DISMISS COMPLAINT OR TRANSFER ACTION<br><br>(Fed. R. Civ. P. Rule 12[b][6] and 28 U.S.C. §1404[a])<br><br>Hearing Date: May 16, 2008<br>Time:　　　　9:00 a.m.<br>Place:　　　　Courtroom 2<br><br>Trial Date:　　Not Set<br><br>Honorable Jeffrey S. White |

TO ALL PARTIES TO THIS ACTION AND TO THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the hearing on the motion of defendant FedEx Custom Critical Passport Auto Transport, Inc. for an order that the complaint of plaintiff Bradley Goldstone be dismissed in its entirety or

1

transferred to the United States District Court, District of Arizona, originally set on April 25, 2008 at 9:00 a.m., will be heard on May 16, 2008 at the same time and place.

Dated: March 6, 2008　　　　　　　　SCOPELITIS, GARVIN, LIGHT, HANSON & FEARY, LLP

By: /S/ Kathleen C. Jeffries
Kathleen C. Jeffries
Attorneys for Defendant
FEDEX CUSTOM CRITICAL
PASSPORT AUTO TRANSPORT, INC.

2

AMENDED NOTICE OF MOTION OF DEFENDANT FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC. TO DISMISS COMPLAINT OR TRANSFER ACTION
Case No. C08-01206 JSW

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

 I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

 On, March 6, 2008, I served the foregoing document described as **AMENDED NOTICE OF MOTION OF DEFENDANT FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC. TO DISMISS COMPLAINT OR TRANSFER ACTION** on interested parties in this action by placing a √ true copy/ the _ original thereof enclosed in a sealed envelope addressed as follows:

> Mr. Arthur Chambers
> Law Offices of Arthur Chambers
> 2095 Van Ness Avenue
> San Francisco, California 94109

√  **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√  I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_  **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√  **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 6, 2008, at Pasadena, California.

             /S/ Michelle Lazo
             Michelle Lazo

3

AMENDED NOTICE OF MOTION OF DEFENDANT FEDEX CUSTOM CRITICAL PASSPORT
AUTO TRANSPORT, INC. TO DISMISS COMPLAINT OR TRANSFER ACTION
Case No. C08-01206 JSW