**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADLEY GOLDSTONE,

    Plaintiff,

v.

FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, DOES 1 through 10, inclusive,

    Defendants.
    _____/

No. C 08-01206 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on May 16, 2008 on the motion to dismiss or to transfer filed by defendant FedEx Custom Critical Passport Auto Transport, Inc. ("Defendant"). The Court HEREBY ORDERS that Plaintiff's opposition to the motion shall be filed by no later than March 21, 2008 and Defendant's reply brief shall be filed by no later than March 28, 2008.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: March 6, 2008

                                    _____
                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE