1  **ARTHUR CHAMBERS, SBN: 53282**
   2095 Van Ness Avenue
2  San Francisco, CA 94109
   Telephone**: 415-775-2144**
3  Facsimile: 415-775-1308

4  Attorney for Plaintiff **BRADLEY GOLDSTONE**

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10 | **BRADLEY GOLDSTONE,** an individual | **Case No. C08-01206-JSW**
11 |     **Plaintiff**                    | **DECLARATION OF ARTHUR CHAMBERS IN OPPOSITION TO**
12 | **vs.**                              | **MOTION TO DISMISS OR TRANSFER CASE**
13 | **FEDEX CUSTOM CRITICAL**
14 | **PASSPORT AUTO TRANSPORT, INC.**    | DATE: May 16, 2008
   | **DOES 1** through **10,** inclusive**.** | TIME: 9:00 a.m.
   |                                      | PLACE: Courtroom 2
15 |     **Defendants.**                  | TRIAL DATE: Not set
   | _____ /
16 |                                      | **Honorable Jeffrey S. White**

17 I, Arthur Chambers declare as follows:

18 1. I am counsel of record for Plaintiff herein, and this declaration is made in that capacity. The

19 statements contained herein are made from my own knowledge and I would be competent to

20 testify thereto, if called as a witness.

21 2. This case was filed because Plaintiff sustained damages well in excess of the reimbursement

22 he received from his insurance carrier.

23 3. At the time of this filing or this action against FEDEX, neither I, nor Mr. Goldstone had

24 received any notice that his insurance carrier had filed suit in Arizona for it's portion of the

25 damages sustained.

26 4. I have researched the case, and note that all of the witnesses, except perhaps the truck driver,

27 are residents of the Norther District of California, and that any litigation that involves this claim

28 DECLARATION OF ARTHUR CHAMBERS

1  should be brought within this District, because if it were pursued in any other venue, then
2  obtaining witnesses, discovery, and documents will be far more difficult
3  5. I have spoken to counsel for the insurance carrier, David Bonfigilio, who has advised me that
4  he has suggested to counsel in Arizona that this matter be transferred to this district, because it
5  will be much more economical to litigate here, but defense counsel there has refused any such
6  transfer.
7  6. I have asked Mr. Bonfigilio to dismiss the Arizona matter, and to join in this suit, but he has
8  declined, because he does not wish to subject the carrier to a potential for a claim by FedEx for
9  attorney's fees.
10 7. Should this matter be transferred to Arizona, a motion to change Venue will probably be
11 brought, and given that all the witnesses are located here, that motion stands a good chance to be
12 granted.
13 **I** declare under penalty of perjury that the foregoing is true and correct under the laws of the
14 United States, and that this declaration was executed in San Francisco, California on March 21,
15 2008.

_____
**Arthur Chambers**

28 DECLARATION OF ARTHUR CHAMBERS