# PROOF OF SERVICE

I am, Elena Stare, a resident of the United States.  My business address is 2095 Van Ness Ave., San Francisco, CA 94109.  I am employed in the County of San Francisco where this service occurs.  I am over the age of 18 years and not a party to the within action.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

DECLARATION OF ARTHUR CHAMBERS IN OPPOSITION TO MOTION TO DISMISS OR TRANSFER CASE; OPPOSITION TO MOTION TO DISMISS OR TRANSFER CASE

to the following partie(s):

Kathleen Jeffries
Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101

[X]  **(BY MAIL)**: Enclosed in a sealed envelope.  I caused such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at San Francisco, California.

[ ]  **(BY FACSIMILE) C.C.P. § 1013(e):** I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]  **(BY PERSONAL SERVICE):**  I caused such envelopes to be delivered by hand this date to the offices fo the addressee(s).

[ ]  **(BY OVERNIGHT DELIVERY):** I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[ ]  **(STATE):** I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

[X]  **(FEDERAL):** I declare that I am employed in the office for a member of the Bar of this Court at whose direction the service was made.

Executed on March 21, 2008at San Francisco, California.

_____
Elena Stare
Assistant for ARTHUR C. CHAMBERS

Proof of service

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**Proof of service**