1 | **ARTHUR CHAMBERS, SBN: 53282**
2 | 2095 Van Ness Avenue
  | San Francisco, CA 94109
  | Telephone**: 415-775-2144**
3 | Facsimile: 415-775-1308

4 | Attorney for Plaintiff **BRADLEY GOLDSTONE**

8 | UNITED STATES DISTRICT COURT
9 | NORTHERN DISTRICT OF CALIFORNIA

10 | **BRADLEY GOLDSTONE,** an individual | **Case No. C08-01206-JSW**
11 | **Plaintiff** | **OBJECTION TO EVIDENCE CONTAINED IN REPLY BRIEF**
12 | **vs.** | DATE: May 16, 2008
13 | **FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT, INC.** | TIME: 9:00 a.m.
   | | PLACE: Courtroom 2
14 | **DOES 1** through **10,** inclusive**.** | TRIAL DATE: Not set
15 | **Defendants.** | Honorable Jeffrey S. White

Comes now Plaintiff and objects to the statements contained in paragraph 6 of the declaration of Julie E. Maurer as impermissible hearsay in that any statement from counsel for Encompass' counsel is not an admission against interest usable against Plaintiff herein, nor is it accurate, since that counsel did not have any discussions with Bradley Goldstone (nor could he have, because Goldstone was represented by counsel and any such discussions would have violated the Rules of Professional Conduct).

Dated:

_____
Arthur Chambers