1  ARTHUR C. CHAMBERS, SBN 53282
   JOONG Y. IM, SBN 163720
2  LAW OFFICE OF ARTHUR C. CHAMBERS
   2095 Van Ness Ave
3  San Francisco CA 94109
   Tel.: (415)775-2144
4  Fax: (415)775-1308

5  Attorneys for Plaintiffs Bradley Goldstone

6

7

8

9              UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12
                                          Case No.: C08-01206-JSW
13 BRADLEY GOLDSTONE, an individual,

14         Plaintiff,                     NOTICE OF UNAVAILABILITY OF
                                          COUNSEL
15     vs.

16
   FEDEX CUSTOM CRITICAL PASSPORT
17 AUTO TRANSPORT, INC., DOES 1-10,
   inclusive,
18
           Defendants
19                                       /
20

21

22
   TO COUNSEL OF RECORDS:
23

24
       Please take notice that ARTHUR C. CHAMBERS will be absent from the office and
25
   UNAVAILABLE to respond to all motions, depositions, discovery, meetings or other formal
26
   action from May 21 through May 26, 2008.
27
       Mr. Chambers formally requests that no formal Court action, including discovery,
28
   hearings, motions, conference calls or other matters in the above-referenced case be noted or set

1  between the dates of May 21 through May 26, 2008, or immediately thereafter, so as to preclude
2  adequate preparation.

6  Dated: April 10, 2008          LAW OFFICE OF ARTHUR C. CHAMBER

                                  By _____
                                          Arthur C. Chambers

## PROOF OF SERVICE

I am a resident of the United States. My business address is 2095 Van Ness Ave., San Francisco, CA 94109. I am employed in the County of San Francisco where this service occurs. I am over the age of 18 years and not a party to the within action.

On the date set forth below, following ordinary business practice, I served the foregoing document(s) described as:

NOTICE OF UNAVAILABILITY OF COUNSEL

to the partie(s) as follows:

Kathleen Jeffries
Scopelitis, Garvin, Light, Hanson & Feary, LLP
2 North Lake Avenue, Suite 460
Pasadena, CA 91101

[X]   (BY MAIL) I caused such envelope(s) with postage thereon fully prepaid to be placed in the united States Mail at San Francisco, California.

[ ]   (BY FACSIMILE) I transmitted a true and correct copy by facsimile to the number indicated above.

[ ]   (BY PERSONAL SERVICE) I caused such envelopes to be delivered by hand this date to the offices fo the addressee(s).

[ ]   (BY OVERNIGHT DELIVERY) I caused such envelope(s) to be delivered to an overnight delivery carrier with delivery fees provided for, addressed to the person(s) on whom it is to be served.

[X]   (STATE) I declare under penalty of perjury under the laws of the State of California that the forgoing is true and correct.

[ ]   (FEDERAL) I declare that I am employed in the office for a member of the Bar of this Court at whose direction the service was made.

Executed on April 10, 2008 at San Francisco, California.

_____
Elena Stare
Assistant for Arthur Chambers