**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking                                                                                 General Court Number
Clerk                                                                                                           415.522.2000

May 16, 2008

**United States District Court-Phoenix Arizona**
**230 North First Avenue**
**Phoenix, AZ 85025-0093**

RE: CV 08-01206 JSW  BRADLEY GOLDSTONE-v-FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need.  See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

    Sincerely,
    RICHARD W. WIEKING, Clerk

    *[signature]*

    by:  Hilary D. Jackson
    Case Systems Administrator

Enclosures
Copies to counsel of record

.

Case 3:08-cv-01206-JSW    Document 19    Filed 05/16/2008    Page 2 of 2