**UNITED STATES DISTRICT COURT**
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov



Richard W. Wieking
Clerk

General Court Number
415.522.2000

May 16, 2008

**United States District Court-Phoenix Arizona**
**230 North First Avenue**
**Phoenix, AZ 85025-0093**

CV '08 1029 PHX JAT

RE: CV 08-01206 JSW  BRADLEY GOLDSTONE-v-FEDEX CUSTOM CRITICAL PASSPORT AUTO TRANSPORT

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

                Sincerely,
                RICHARD W. WIEKING, Clerk

                by: Hilary D. Jackson
                Case Systems Administrator

Enclosures
Copies to counsel of record